# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

THERMAPURE, INC., a California corporation,
180 Canada Larga Rd.
Ventura, CA  93001

       Plaintiff,

vs.

C&C CLEAN TEAM ENTERPRISES LLC. an
Ohio limited liability company,
c/o Michael S. Barron, Statutory Agent
3074 Madison Road
Cincinnati, OH 45209

       Defendant.

Case No.   1:11-CV-833

District Judge: Susan J. Dlott
Magistrate Judge:  Karen L. Litkovitz

---

**STIPULATION FOR DISMISSAL OF ACTION**

---

Plaintiff THERMAPURE, INC. ("ThermaPure") and Defendant C&C Clean Team Enterprises, LLC, have entered into a Settlement Agreement dated March 9, 2012 (the "Agreement").   Based on the terms of the Agreement, the parties hereby stipulate that this action shall be dismissed with prejudice.

So Stipulated.

DATED: March 12, 2012           DANIEL F. RYAN, LLC

                                s/ *Daniel F. Ryan*
                                _____

                                Daniel F. Ryan, Ohio S. Ct. Regis 0021427
                                P.O. Box 846
                                Dublin, OH 43017
                                Tel: (614) 325-1601
                                E-Mail: dryan.atty@gmail.com


                                KNEAFSEY & FRIEND LLP

                                *s/ Shaun Swiger*
                                _____
                                SEAN M. KNEAFSEY (pro hac vice pending)
                                skneafsey@kneafseyfriend.com
                                SHAUN SWIGER (pro hac vice pending)
                                sswiger@kneafseyfriend.com
                                800 Wilshire Blvd., Suite 710
                                Los Angeles, California 90017
                                Phone:  (213) 892-1200
                                Fax:  (213) 892-1208

                                Attorneys for Plaintiff ThermaPure, Inc.


DATED: March 12, 2012           BARRON PECK BENNIE & SCHLEMMER

                                *s/ Michael S. Barron*
                                _____
                                Michael S. Barron (OH Sup. Ct. 62591)
                                Peter A. Burr (OH Sup. Ct. 0040973
                                pab@bpbslaw.com
                                3074 Madison Road
                                Cincinnati, OH 45209
                                Phone:  (213) 721-1350

                                Attorneys for Defendant C&C Clean Team
                                Enterprises, LLC